## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

| | | |
|---|---|---|
| **ALTERA GROUP, LLC** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. _____** |
| | § | |
| **NORTH STAR HOLISTICS, LLC,** | § | |
| **and ANTHONY J. OLIVA, JR. M.D.** | § | |
| | § | |
| **Defendants.** | § | |
| | § | |
| | § | |

### DEFENDANTS' NOTICE OF REMOVAL TO FEDERAL COURT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Defendants North Star Holistics, LLC ("North Star") and Anthony J. Oliva, Jr. ("Dr. Oliva") (collectively, "Defendants"), hereby file this Notice of Removal, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.  This Notice of Removal is filed to remove the civil action originally filed by Altera Group, LLC ("Plaintiff") in Florida state court, Cause No. 2026-008693-CA-01, pending in the Circuit Court for the Eleventh Judicial Circuit in and for Maimi-Dade County, Florida, and styled *Altera Group, LLC v. Dr. Anothny Joseph Oliva, Jr., M.D.*  In support thereof, Defendant would respectfully show the Court as follows:

### I.      INTRODUCTION

1.      On April 29, 2026, Plaintiff filed its Original Complaint in Cause No. 2026-008693-CA-01 in the Circuit Court for the Eleventh Judicial Circuit in and for Maimi-Dade County, Florida, initiating a civil cause of action against Defendants.  *See* **Exhibit A** (State Court Civil Cover Sheet).

---

2.      Removal is based on diversity jurisdiction because the amount in controversy exceeds $75,000, exclusive of interest and costs, and there is complete diversity between Plaintiff and Defendants.

3.      Plaintiff alleges multiple causes of action against Defendants, related to an alleged failure to pay for skin substitute products supplied by Plaintiff.  Specifically, Plaintiff alleges causes of action against Defendants for breach of contract, account stated, unjust enrichment, and conversion.  Plaintiff pleads that it seeks damages in excess of $100,000.  *See* **Exhibit A.**

4.      Dr. Oliva was served with Summons and Plaintiff's Original Complaint on May 15, 2026.  *See* **Exhibit B (**Dr. Oliva State Court Summons**).**

5.      Defendants now file this Notice of Removal based on the grounds asserted herein, and promptly upon the filing of same, is also filing a Notice of Filing Notice of Removal with the Miami-Dade County State Court in which this case was previously pending.

## II.      GROUNDS FOR REMOVAL

6.      This Court has original jurisdiction over this civil action pursuant to 28 U.S.C. § 1332(a) because the parties involved are citizens of different states, and the matter in controversy exceeds $75,000, exclusive of interest and costs.

### A.      Complete Diversity Exists Between the Parties.

7.      According to Plaintiff's Original Complaint, Plaintiff is a Tennessee limited liability company with its principal place of business in Nashville, Tennessee.  *See* **Exhibit C**. (Plaintiff's Original Complaint).  Thus, for purposes of diversity citizenship, Plaintiff is a citizen of Tennessee.  28 U.S.C. § 1332(a)(1).

8.      North Star is a Texas member-managed limited liability company.  Its sole member, Samantha Edwards, is a resident of Texas.  Dr. Oliva is an individual who resides in Texas.  Thus, for purposes of diversity citizenship, Defendants are citizens of Texas.  28 U.S.C. § 1332(c)(1).

9.      Therefore, this lawsuit properly comprises of a civil dispute between citizens of different states as there is complete diversity between Plaintiff and Defendants.  *See* 28 U.S.C. § 1332(a).

**B.      The Amount in Controversy Exceeds $75,000.**

10.      Additionally, the claims asserted by Plaintiff exceed $75,000.  The Civil Cover Sheet Plaintiff attached to its Original Complaint states that it seeks monetary relief in excess of $100,000.  *See* **Exhibit A**.  Additionally, prior to filing suit, Plaintiff delivered a demand letter purporting that Plaintiff is entitled to relief in excess of $10,000,000.  *See* **Exhibit D** (Pre-suit Demand Letter).  Thus, should Plaintiff prevail on its claims herein, the damages potentially to be awarded exceed $75,000.

11.      Thus, this action is removable under 28 U.S.C. § 1441(a) based on the original jurisdiction conferred upon this Court by 28 U.S.C. § 1332(a)(1).

### III.      VENUE

12.      Venue for removal is proper in this district and division under 28 U.S.C. § 1441(a) because this district and division encompass the place in which the removed action was pending, the Circuit Court for the Eleventh Judicial Circuit in and for Maimi-Dade County, Florida.

### IV.      PROCEDURAL REQUIREMENTS

13.      This Notice of Removal is being filed within 30 days of service of the Summons and Plaintiff's Original Complaint and is thus timely filed pursuant to 28 U.S.C. § 1446(b).  There

exists an actual and justiciable controversy between Plaintiff and Defendants with regard to the legal issues herein and this controversy is within the jurisdiction of this Court.

14. Pursuant to 28 U.S.C. § 1446(b)(2)(A) all defendants consent to this removal.

15. Pursuant to 28 U.S.C. § 1446(a), all pleadings, process, orders, and all other filings in the state court action are attached to this Notice. *See* **Exhibit E**.

16. Pursuant to 28 U.S.C. § 1446(d), written notice of filing of this Notice of Removal will be given to all adverse parties promptly after the filing of same.

17. Pursuant to 28 U.S.C. § 1446(d), a true and correct copy of the Notice of Removal will be filed with the District Clerk for the Circuit Court for the Eleventh Judicial Circuit in and for Maimi-Dade County, Florida promptly after filing of same.

## V. CONCLUSION

18. Defendants respectfully request that the above-captioned action now pending in the Circuit Court for the Eleventh Judicial Circuit in and for Maimi-Dade County, Florida be removed to the United States District Court for the Southern District of Florida, Miami-Dade Division.

Dated: June 5, 2026

Respectfully submitted,

**CLARK HILL PLC**
2301 Broadway Street
San Antonio, Texas 78215
Telephone: (210) 250-6000
Facsimile: (210) 250-6100

By: */s/ Frank Scaglione*
    **FRANK SCAGLIONE, ESQ.**
    State Bar No. 1015929
    FScaglione@ClarkHill.com

**ATTORNEYS FOR DEFENDANTS**

## <ins>CERTIFICATE OF SERVICE</ins>

I hereby certify that a true and correct copy of the foregoing was served on all of the following counsel of record on June 5, 2026, via the Court's CM/ECF System.

*/s/ Frank Scaglione*
**FRANK SCAGLIONE, ESQ.**